**Motions Granted; Appeals Dismissed and Memorandum Opinion filed November 3, 2011.**

**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00800-CV**
**NO. 14-11-00801-CV**

_____

**SUSAN COMBS, COMPTROLLER, TEXAS HIGHER EDUCATION COORDINATING BOARD, RAYMUND PAREDES, COMMISSIONER, IN HIS OFFICIAL CAPACITY, LONE STAR COLLEGE SYSTEMS AND RICHARD CARPENTER, AND THE STATE OF TEXAS, Appellants**

**V.**

**IMMIGRATION REFORM COALITION OF TEXAS, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-79110**

## M E M O R A N D U M   O P I N I O N

These are appeals from a judgment signed August 22, 2011.  On October 27, 2011, the parties filed a joint motion to dismiss the appeal as moot.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeals are ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.